No. 89–6069.   CHARLES *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–6071.   CLARK *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–6074.   GARCIA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–6075.   GRIFFIN *v.* PRESCOTT.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 89–6079.   JOLIVET *v.* BARNES, WARDEN.   Sup. Ct. Utah. Certiorari denied.

No. 89–6084.   DEBARDELEBEN *v.* O'CONNOR, UNITED STATES DISTRICT JUDGE.   C. A. 10th Cir.   Certiorari denied.

No. 89–6090.   MASON *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6094.   LANG *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 89–6096.   VAUGHN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–6097.   PAIGE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 89–6100.   GOMETZ *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 89–6103.   GREEN *v.* MASSACHUSETTS.   C. A. 1st Cir. Certiorari denied.

No. 89–6106.   DEMOS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON.   C. A. 9th Cir.   Certiorari denied.

No. 89–6109.   BUTLER *v.* DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY.   C. A. 9th Cir.   Certiorari denied.

No. 89–6111.   BYNUM *v.* WOOD.   Dist. Ct. App. Fla., 1st Dist. Certiorari denied.